

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-4-2010

# In Re: Melvin R. Petersen

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1356

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"In Re: Melvin R. Petersen " (2010). *2010 Decisions.* Paper 1786.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1786

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**HLD-090**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-1356

_____

IN RE: MELVIN R. PETERSEN,
                                          Petitioner


_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to:  D.V.I. Civ. No. 96-cr-0261)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 25, 2010
Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
Opinion filed

_____

OPINION

_____

PER CURIAM.

Petitioner Melvin Petersen, a prisoner proceeding pro se, seeks a writ of

mandamus compelling the District Court to rule on his motion for resentencing pursuant

to 18 U.S.C. § 3582.

Petersen filed his first petition for a writ of mandamus in July 2009, arguing

that the District Court had not acted on his motion for rescheduling.  We denied the

petition as moot after the District Court appointed counsel and scheduled resentencing for October 7, 2009. Petersen was unable to attend as directed. He then filed a motion to reschedule resentencing, on November 6, 2009, and a second motion for resentencing, on December 15, 2009.

Petersen filed this (his second) mandamus petition on February 3, 2010. By an order entered on February 4, 2010, the District Court granted Petersen's motion for resentencing and reduced his sentence from 240 months to 151 months. Because Petersen has now received the relief he sought in filing his mandamus petition, we will deny this mandamus petition as moot.